USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARI CRUZ PELLOT, o/b/o D.G., :

                Plaintiff, : 13cv1922

     -against- : ORDER

CAROLYN COLVIN, Commissioner :
of Social Security,
                      :

              Defendant. :
                      :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se Mari Cruz Pellot ("Pellot") filed this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the Commissioner of Social Security's determination that her daughter, D.G., was ineligible for Supplemental Security Income and Disability Insurance Benefits. This Court referred this matter to Magistrate Judge Frank Maas. The Commissioner subsequently moved for a judgment on the pleadings, and Pellot did not oppose that motion. In a Report and Recommendation dated June 30, 2014 ("the Report"), Magistrate Judge Maas recommended that the Commissioner's motion for judgment on the pleadings be granted. As of this date, Pellot has neither submitted an objection to the Report nor requested an extension of time in which to do so. This Court finds that the Report is not facially erroneous, and affirms and adopts it. Accordingly, it is

ORDERED that Defendant's motion for judgment on the pleadings is granted; the Commissioner's decision is hereby affirmed, and Pellott's Complaint is dismissed.

The Clerk of the Court is directed to mark this case closed.

Dated: July 23, 2014
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

The Hon. Frank Maas
United States Magistrate Judge

Mari Cruz Pellot
1490 Boston Rd.
#6M
Bronx, NY 10460
*Plaintiff pro se*

Susan Colleen Branagan
U.S. Attorney Office SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Defendant*